**Order entered June 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00198-CR

**RIGOBERTO VAZQUEZ HERNANDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-59234-P**

## ORDER

We **GRANT** Official Court Reporter Lisabeth L. Kellett's June 5, 2015 request for an extension of time to file the reporter's record. The reporter's record shall be due **THIRTY DAYS** from the date of this order.

The record on appeal does not contain the trial court's certification of the right to appeal. Accordingly, we **ORDER** the trial court to file, within **FOURTEEN DAYS** of the date of this order, a supplemental clerk's record containing the certification of appellant's right to appeal.

/s/  LANA MYERS
    JUSTICE